IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHRISTINE TESCHENDORF, as mother of ALEXIS TESCHENDORF, a minor,<br><br>     Plaintiff,<br><br>vs.<br><br>YIKES, INC. d.b.a. GUNSIGHT SALOON, and JOHN DOES 1-4,<br><br>     Defendants. | CV 25-132-M-KLD<br><br><br>**ORDER** |

The parties have filed a Stipulation for Dismissal with Prejudice. (Doc. 20).

Accordingly, and good cause appearing,

IT IS ORDERED that the above-entitled action is DISMISSED WITH

PREJUDICE as fully and finally settled on the merits, each party to bear its own

attorney fees and costs.

DATED this 10th day of July, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge